**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
SOUTHERN DISTRICT OF FLORIDA

Case number (if known) _____    Chapter  11

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | Alianza Trinity Development Group LLC |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 46-2317562 |

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 999 Brickell Avenue<br>Penthouse 1102<br>Miami, FL 33131<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Miami-Dade<br>County | Location of principal assets, if different from principal place of business<br>2222 Palmer Road Mill Spring, NC 28756<br>Number, Street, City, State & ZIP Code |

5. Debtor's website (URL) _____

6. Type of debtor
   ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Debtor  **Alianza Trinity Development Group LLC**  Case number (*if known*) _____
       Name

7. **Describe debtor's business**    A. *Check one:*

   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   ☑ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   ☐ None of the above

   B. *Check all that apply*

   ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
   ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
   ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.uscourts.gov/four-digit-national-association-naics-codes.

   _____

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

   ☐ Chapter 7
   ☐ Chapter 9
   ☑ Chapter 11. *Check all that apply*:

       ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
       ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
       ☐ A plan is being filed with this petition.
       ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
       ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11 (Official Form 201A)* with this form.
       ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

   ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   ☑ No.
   ☐ Yes.

   If more than 2 cases, attach a separate list.

   District _____    When _____    Case number _____
   District _____    When _____    Case number _____

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    ☑ No
    ☐ Yes.

    List all cases. If more than 1, attach a separate list

    Debtor _____    Relationship _____
    District _____    When _____    Case number, if known _____

Debtor   **Alianza Trinity Development Group LLC**             Case number (*if known*) _____
         <sub>Name</sub>

11. **Why is the case filed in this district?**   *Check all that apply:*

    [✓] Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    [ ] A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

    [✓] No
    [ ] Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply.*)

    [ ] It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
       What is the hazard? _____

    [ ] It needs to be physically secured or protected from the weather.

    [ ] It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    [ ] Other _____

    **Where is the property?** _____
       Number, Street, City, State & ZIP Code

    **Is the property insured?**
    [ ] No
    [ ] Yes.   Insurance agency _____
              Contact name _____
              Phone _____

---

### Statistical and administrative information

13. **Debtor's estimation of available funds**   *Check one:*

    [✓] Funds will be available for distribution to unsecured creditors.
    [ ] After any administrative expenses are paid, no funds will be available to unsecured creditors.

14. **Estimated number of creditors**
    - [ ] 1-49
    - [ ] 50-99
    - [✓] 100-199
    - [ ] 200-999
    - [ ] 1,000-5,000
    - [ ] 5001-10,000
    - [ ] 10,001-25,000
    - [ ] 25,001-50,000
    - [ ] 50,001-100,000
    - [ ] More than 100,000

15. **Estimated Assets**
    - [ ] $0 - $50,000
    - [ ] $50,001 - $100,000
    - [ ] $100,001 - $500,000
    - [ ] $500,001 - $1 million
    - [ ] $1,000,001 - $10 million
    - [✓] $10,000,001 - $50 million
    - [ ] $50,000,001 - $100 million
    - [ ] $100,000,001 - $500 million
    - [ ] $500,000,001 - $1 billion
    - [ ] $1,000,000,001 - $10 billion
    - [ ] $10,000,000,001 - $50 billion
    - [ ] More than $50 billion

16. **Estimated liabilities**
    - [ ] $0 - $50,000
    - [ ] $50,001 - $100,000
    - [ ] $100,001 - $500,000
    - [ ] $500,001 - $1 million
    - [ ] $1,000,001 - $10 million
    - [✓] $10,000,001 - $50 million
    - [ ] $50,000,001 - $100 million
    - [ ] $100,000,001 - $500 million
    - [ ] $500,000,001 - $1 billion
    - [ ] $1,000,000,001 - $10 billion
    - [ ] $10,000,000,001 - $50 billion
    - [ ] More than $50 billion

Debtor  **Alianza Trinity Development Group LLC**                             Case number (if known) _____
            Name

### Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    10/27/2016
                       MM / DD / YYYY

X _____    Omar Botero
  Signature of authorized representative of debtor   Printed name

Title   Manager & CEO of Alianza Trinity Holdings, LLC, as Managing Member of Alianza Trinity Developement Group, LLC

**18. Signature of attorney**

X _____    Date  10/27/2016
  Signature of attorney for debtor                                MM / DD / YYYY

Thomas R. Lehman, P.A.
Printed name

Levine Kellogg Lehman Schneider + Grossman LLP
Firm name

201 South Biscayne Boulevard
22nd Floor
Miami, FL 33131-4301
Number, Street, City, State & ZIP Code

Contact phone  305-403-8788       Email address  trl@LKLSG.com

351318
Bar number and State