**MEETING OF THE BOARD OF DIRECTORS OF ALIANZA TRINITY HOLDINGS, LLC ("HOLDINGS") AND HOLDINGS, THE HOLDER OF 82% OF THE MEMBERSHIP INTERESTS IN ALIANZA TRINITY DEVELOPMENT GROUP, LLC**

The undersigned, Omar Botero and Pasquale Goirdano, the sole Directors on the Board of Directors of Alianza Trinity Development Group, LLC (the "Company") and Alianza Trinity Holdings, LLC ("Holdings"), the holder of 82% of the membership interests in the Company, do consent to and adopt the following resolutions of the Company:

1. RESOLVED:

   That it is in the judgment of the Board of Directors of the Company and Holdings that it is in the best interests of the Company, its members, creditors and interested parties that the Company file a petition under Chapter 11 of the Bankruptcy Code, and it is further,

2. RESOLVED:

   That the form of petition under said Chapter 11 presented to the members of the Company for review and approval is hereby approved and adopted in all respects and that Omar Botero, the Manager and CEO of Holdings, be and is hereby authorized and directed on behalf of and in the name of the Company, to execute and verify a petition substantially in such form and to cause same to be filed with the United States Bankruptcy Court for the Southern District of Florida; and it is further,

3. RESOLVED:

   That Omar Botero is hereby authorized to execute and file all petitions, schedules, lists and other papers for the Company and take any and all action which he deems necessary or proper in connection with such proceedings under Chapter 11 and in that connection, to employ the law firm of Levine Kellogg Lehman Schneider + Grossman LLP as its attorneys under such terms and conditions as Omar Botero deems appropriate.

DATED:  October 27, 2016.

Alianza Trinity Development Group, LLC
By:  Alianza Trinity Holdings, LLC,
Managing Member

Name:   Omar Botero,
its:        Manager and CEO

_____
Omar Botero, Director, Board of Directors for Alianza Trinity Development Group LLC

*Pasquale Giordano*
Pasquale Giordano, Director, Board of Directors for Alianza Trinity Development Group LLC

10C7017

## MEETING OF THE BOARD OF DIRECTORS OF ALIANZA TRINITY HOLDINGS, LLC ("HOLDINGS") AND HOLDINGS, THE HOLDER OF 82% OF THE MEMBERSHIP INTERESTS IN ALIANZA TRINITY DEVELOPMENT GROUP, LLC

The undersigned, Omar Botero and Pasquale Goirdano, the sole Directors on the Board of Directors of Alianza Trinity Development Group, LLC (the "Company") and Alianza Trinity Holdings, LLC ("Holdings"), the holder of 82% of the membership interests in the Company, do consent to and adopt the following resolutions of the Company:

1. RESOLVED:

   That it is in the judgment of the Board of Directors of the Company and Holdings that it is in the best interests of the Company, its members, creditors and interested parties that the Company file a petition under Chapter 11 of the Bankruptcy Code, and it is further,

2. RESOLVED:

   That the form of petition under said Chapter 11 presented to the members of the Company for review and approval is hereby approved and adopted in all respects and that Omar Botero, the Manager and CEO of Holdings, be and is hereby authorized and directed on behalf of and in the name of the Company, to execute and verify a petition substantially in such form and to cause same to be filed with the United States Bankruptcy Court for the Southern District of Florida; and it is further,

3. RESOLVED:

   That Omar Botero is hereby authorized to execute and file all petitions, schedules, lists and other papers for the Company and take any and all action which he deems necessary or proper in connection with such proceedings under Chapter 11 and in that connection, to employ the law firm of Levine Kellogg Lehman Schneider + Grossman LLP as its attorneys under such terms and conditions as Omar Botero deems appropriate.

DATED: October 27, 2016.

Alianza Trinity Development Group, LLC
By: Alianza Trinity Holdings, LLC,
Managing Member

Name: Omar Botero,
its: Manager and CEO

Omar Botero, Director, Board of Directors for Alianza Trinity Development Group LLC

Pasquale Giordano, Director, Board of Directors for Alianza Trinity Development Group LLC

10C7017