| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Alianza Trinity Development Group LLC |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Albert Zayan<br>1040 Biscayne Boulevard, Suite 2408<br>Miami, FL 33132 | | | | | | $70,000.00 |
| Alianza Financial Services<br>999 Brickell Avenue, #PH1102<br>Miami, FL 33131 | | | | | | $380,000.00 |
| Alianza Trinity Holdings<br>999 Brickell Avenue, PH1102<br>Miami, FL 33131 | | | | | | $400,000.00 |
| Amereveerglades, LLC<br>1040 Biscayne Boulevard, Suite 2408<br>Miami, FL 33132 | | | | | | $70,000.00 |
| Anita Robeson<br>136 Ebbtide Drive<br>North Palm Beach, FL | | | | | | $330,000.00 |
| Bright's Creek Condo POA<br>132 W. Cambridge Avenue<br>Greenwood, SC 29649 | | | | | | $45,000.00 |
| Brights Creek POA<br>132 W. Cambridge Avenue<br>Greenwood, SC 29649 | | | | | | $200,000.00 |

Debtor    **Alianza Trinity Development Group LLC**                                   Case number *(if known)*
              Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Brights Creek Realty Advisors<br>2222 Palmer Road<br>Mill Spring, NC 28756 | | | | | | $228,000.00 |
| Elness Swenson Graham A&E<br>500 Washington Avenue South<br>Suite 1080<br>Minneapolis, MN 55415 | | | | | | $200,000.00 |
| Ferikes & Bleynat, PLLC<br>48 Patton Avenue, 3rd Floor<br>Asheville, NC 28801 | | | | | | $100,000.00 |
| Juvach Corp.<br>1040 Biscayne Boulevard, Suite 2408<br>Miami, FL 33132 | | | | | | $90,000.00 |
| Keenan Suggs<br>55 East Camperdown Way<br>Suite 350<br>Greenville, SC 29601 | | | | | | $45,000.00 |
| Lantern Business Solutions<br>300 Crescent Court, Suite 1000<br>Dallas, TX 75201 | | Real estate | Disputed | $11,800,000.00 | $0.00 | $11,800,000.00 |
| Maria Montan<br>1040 Biscayne Boulevard, Suite 2408<br>Miami, FL 33132 | | | | | | $70,000.00 |
| Mr. Teillaud<br>1040 Biscayne Boulevard, Suite 2408<br>Miami, FL 33132 | | | | | | $600,000.00 |
| Oak City Contracting LLC<br>621 Hutton Street<br>Raleigh, NC 27606 | | | | | | $100,000.00 |
| Polk County<br>c/o The Kania Law Firm<br>600A Centre Park Drive<br>Asheville, NC 28805 | | | | | | $300,000.00 |

Debtor   **Alianza Trinity Development Group LLC**            Case number *(if known)*
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| SFTG Associates<br>218 SE 14th Street, Suite TS202<br>Miami, FL 33131 | | | | | | $188,000.00 |
| Swift Corporation<br>3505 Silverside Road, Suite 200<br>Wilmington, DE | | | | | | $75,000.00 |
| Van Winkle Law Firm<br>11 North Market Street<br>P.O. Box 7376<br>Asheville, NC 28802-7376 | | | | | | $75,000.00 |