# United States Bankruptcy Court
## Southern District of Florida

In re   Alianza Trinity Development Group LLC             Case No.   16-24483-AJC
                                 Debtor(s)             Chapter   11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Alianza Trinity Development Group LLC__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

Alianza Trinity Holdings, LLC
82% ownership interest

Jorge Jimenez Buitrago
18% ownership interest

☐ None [*Check if applicable*]

11-3-16
Date

*[signature]*
Thomas R. Lehman, P.A. 351318
Signature of Attorney or Litigant
Counsel for   Alianza Trinity Development Group LLC
Levine Kellogg Lehman Schneider + Grossman LLP
201 South Biscayne Boulevard
22nd Floor
Miami, FL 33131-4301
305-403-8788 Fax:305-403-8789
trl@LKLSG.com