# UNITED STATES BANKRUPTCY COURT
Southern District of Florida
www.flsb.uscourts.gov

In Re:
**Alianza Trinity Development Group LLC**

Case Number **16-24483-AJC**
Chapter **11**

Debtor(s) /

## CHAPTER 11 CASE MANAGEMENT SUMMARY

In compliance with Local Rule 2081-1(B), the Debtor-in-Possession, Alianza Trinity Development Group LLC, files this Chapter 11 Case Management Summary and states:

The following data represents approximations for background information only and the information may represent the Debtor's best estimate in response to some of the ensuing questions.

1. Date of Order for Relief under chapter 11 (filing date of petition if voluntary chapter 11 petition): October 27, 2016.

2. Names, case numbers and dates of filing of related debtors: None.

3. Description of debtor's business: The Debtor is a limited liability organized and existing under the laws of the State of Florida. The Debtor is engaged in the business of acquiring, owning and developing 4,764 acres of real estate in North Carolina.

4. Locations of debtor's operations and whether the business premises are leased or owned: Principal place of business: 999 Brickell Avenue, Penthouse 1102, Miami, FL 33131 (premises leased). Location of principal assets: 2222 Palmer Road, Mill Spring, NC 28756 (premises owned).

5. Reasons for filing chapter 11: Imminent foreclosure by the Debtor's secured lender of the real property owned by the Debtor before the Debtor was able to close pending refinancing and equity investment.

6. List of officers and directors, if applicable, and their salaries and benefits at the time of filing and during the 1 year prior to filing:

Omar Botaro, Director: no salary has been paid or benefits provided by the Debtor 1 year prior to the bankruptcy filing through the date of the bankruptcy filing.

Pasquale Giordano, Director: no salary has been paid or benefits provided by the Debtor 1 year prior to the bankruptcy filing through the date of the bankruptcy filing.

7. Debtor's fiscal or calendar year to date gross income and the debtor's gross income for the calendar or fiscal year prior to the filing of this petition:

Loss of $1,525,520.00 (year to date (as of June 30, 2016) gross income)

Loss of $1,382,206.00 (year prior to filing of petition gross income)

8. Amounts owed to various creditors:

   a. Obligations owed to priority creditors including priority tax obligations: $281,098.00 (real estate taxes).

   b. With respect to creditors holding secured claims, the name of and amounts owed to such creditors and a description and estimated value of all collateral of the debtor securing their claims:


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

The Debtor disputes that Lantern Business Solutions is owed $11,800,000.00; the collateral is valued at $34 million.

c. Amount of unsecured claims: $3,625,740.26

9. General description and approximate value of the debtor's assets: real estate and improvements valued at approximately $34 million.

10. List of all insurance policies, the property covered under the policy, the name of the insurer, the policy number, amount of coverage, whether the premium is current, the date the next premium is due and date the policy expires:
Package Policy – Property, Inland Marine, Crime, Auto; General Liability / Commercial Excess Liability Policy
The property covered under each policy: Property – Buildings, Contents, BII; Inland Marine – Equipment; Auto - 2001 Chev. Suburban # 21019
The name of the insurer: National Casualty Company
The policy number: KKO-00000063783-00 (Package) / XKO-00000063946-00 (Comm. Excess)
Amount of coverage: 1-Bldg. $ 4,000,000 Contents 900,000; 2-Bldg. $1,996,360; 3-Bldg. $1,100,000; 4-Bldg. $4,500,000; 5-I&B $1,000,000; Bldg. 2-5 Contents $1,289,454 Blanket / Equipment $1,344,388; GL $1Mil Occurrence / $5 Mil Aggreg / $5 Mil Products; Auto $ $ 1 Mil, Comp & Coll $1,000 Ded.; $10 Mil Commercial Excess Liability
Whether the premium is current: Premium is current
The date the next premium is due: 11-23-2016
Date the policy expires: 5-23-2017

11. Number of employees and amounts of wages owed as of petition date: None.

12. Status of debtor's payroll and sales tax obligations, if applicable. This does not eliminate the obligation of chapter 11 debtors (other than individuals not engaged in business) to provide the more detailed payroll tax information required by Local Rule 2081-1(A): Not applicable.

13. Anticipated emergency relief to be requested within 14 days from the petition date: Application to employ Thomas R. Lehman and Levine Kellogg Lehman Schneider + Grossman LLP as counsel for the Debtor in Possession and possible DIP Loan motion to finance the expenses in November 2016 and several months thereafter of the affiliate management company that operates the Debtor's property, in order to permit a closing of the new capitalization early next year.

Signature
**Manager & CEO of Alianza Trinity Holdings, LLC, as Managing Member of Alianza Trinity Develoment Group, LLC**
(Name of Corporate Officer or Authorized Representative)

Signature
**Thomas R. Lehman, P.A.**
**201 South Biscayne Boulevard**
**22nd Floor**
**Miami, FL 33131-4301**
**Miami FL 33131-4301**
Name and Address of Debtor's Attorney
**351318**
Florida Bar No.

Attach or file separately a Local Rule 2002-1(F) certificate of service reflecting manner and date of service on all affected parties.


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a copy of the *Chapter 11 Case Management Summary* was served on November 9, 2016: to recipients registered to receive notices of electronic filings generated by CM/ECF for this case and via U.S. Mail upon all addressees listed on the attached service list.

Dated: November 9, 2016

Respectfully submitted,

LEVINE KELLOGG LEHMAN
SCHNEIDER + GROSSMAN LLP
*Counsel for Alianza Trinity Development Group, LLC*
201 South Biscayne Blvd.
Miami Center – 22nd Floor
Miami, Florida 33131-4301
Telephone: 305.403.8788
Facsimile: 305.403.8789

By: */s/ Thomas R. Lehman*
Thomas R. Lehman, P.A.
Florida Bar No. 351318
Email: trl@lklsg.com
Robin J. Rubens, Esq.
Florida Bar. No. 959413
Email: rjr@lklsg.com

Alianza Trinity Development Group, LLC
999 Brickell Avenue, PH 1102
Miami,FL33131-3044

Lantern Business Credit LLC
c/o Noel Boeke, Esq.
Holland & Knight LLP
P.O.Box1288
Tampa,FL33601-1288

Albert Zayan
1040 Biscayne Boulevard, Suite 2408
Miami,FL33132-1729

Alianza Financial Services
999 Brickell Avenue, #PH1102
Miami,FL33131-3012

AlianzaTrinityHoldings
999BrickellAvenue, PH1102
Miami,FL33131-3044

Amereveerglades, LLC
1040 Biscayne Boulevard, Suite 2408
Miami, FL 33132-1729

Anita Robeson
136 Ebbtide Drive
North Palm Beach, FL 33408-5019

Asst. U.S. Trustee
51 S.W. 1st Avenue, Room 1204
Miami, FL 33130-1614

Beth Butler
c/o Deutsch & Gottschalk
75 N. Market Street
Asheville, NC 28801-2913

Bright's Creek Condo POA
132 W. Cambridge Avenue
Greenwood, SC 29646-2234

Brights Creek POA
132 W. Cambridge Avenue
Greenwood, SC 29646-2234

Brights Creek Realty Advisors
2222 Palmer Road
Mill Spring, NC 28756-5615

Eddie Garcia
2950 SW 27th Avenue
Miami, FL 33133-3765

Elness Swenson Graham A&E
500 Washington Avenue South
Suite 1080
Minneapolis, MN 55415-1153

Ferikes & Bleynat, PLLC
48 Patton Avenue, 3rd Floor
Asheville, NC 28801-3321

Gil Hyatt
1082 NE 45 Street
Fort Lauderdale, FL 33334-3812

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY
OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Jorge Buiterago
1120 Avenue of Americas, 4th Floor
New York, NY 10036-6700

Juvach Corp.
1040 Biscayne Boulevard, Suite 2408
Miami, FL 33132-1729

Keenan Suggs
55 East Camperdown Way
Suite 350
Greenville, SC 29601-3511

Lantern Business Solutions
300 Crescent Court, Suite 1000
Dallas, TX 75201-7852

Maria Montan
1040 Biscayne Boulevard, Suite 2408
Miami, FL 33132-1729

Mercedes Saiweitz
2703 Day Avenue
Miami, FL 33133-7600

Miami-Dade County Tax Collector
140 West Flagler St., Suite 1403
Miami, FL 33130-1575

Mr. Teillaud
1040 Biscayne Boulevard, Suite 2408
Miami, FL 33132-1729

Oak City Contracting LLC
621 Hutton Street
Raleigh, NC 27606-6323

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130-1614

Polk County
c/o The Kania Law Firm
600A Centre Park Drive
Asheville, NC 28805-1276

SFTG Associates
218 SE 14th Street, Suite TS202
Miami, FL 33131-3346

State of Florida Department of
Revenue
5050 W. Tennessee Street
Tallahassee, FL 32399-0125

State of Florida/Dept. of Revenue
Bankruptcy Section
P.O. Box 6668
Tallahassee, FL 32314-6668

Swift Corporation
3505 Silverside Road, Suite 200
Wiilmington, DE 19810-4905

Van Winke Law Firm
11 North Market Street
P.O. Box 7376
Asheville, NC 28802-8506

Robin J. Rubens Esq.
201 S Biscayne Blvd 22nd Fl
Miami, FL 33131-4338

Thomas R. Lehman Esq.
201 S Biscayne Blvd. 22nd Floor
Miami, FL 33131-4338

Charles and Carol Ganz
160 Hidden Falls Lane
Atlanta, GA 30328