# United States Bankruptcy Court
## Southern District of Florida

In re __Alianza Trinity Development Group LLC__   Case No. __16-24483-AJC__
                        Debtor(s)                  Chapter __11__

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Alianza Trinity Holdings, LLC | | | 82% ownership interest |
| Jorge Jimenez Buitrago | | | 18% ownership interest |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, **Omar Botero**, as CEO & Manager of Alianza Trinity Holdings, LLC as Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  12/1/2016       Signature  _/s/ Omar Botero_
                      Omar Botero, as CEO & Manager of Alianza Trinity
                      Holdings, LLC as Managing Member of Debtor

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.