Fill in this information to identify the case:

Debtor name    **Alianza Trinity Development Group LLC**

United States Bankruptcy Court for the:    **SOUTHERN DISTRICT OF FLORIDA**

Case number (if known):    **16-24483-AJC**

☒ Check if this is an

amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Albert Zayan 1040 Biscayne Boulevard, Suite 2408 Miami, FL 33132** | | | | | | **$70,000.00** |
| **Amereveerglades, LLC 1040 Biscayne Boulevard, Suite 2408 Miami, FL 33132** | | | | | | **$70,000.00** |
| **Anita Robeson 136 Ebbtide Drive North Palm Beach, FL** | | | | | | **$350,000.00** |
| **Beth Butler c/o Deutsch & Gottschalk 75 N. Market Street Asheville, NC 28801** | | | **Disputed Subject to Setoff** | | | **$0.00** |
| **Bright's Creek Condo POA 132 W. Cambridge Avenue Greenwood, SC 29649** | | | | | | **$45,000.00** |
| **Brights Creek POA 132 W. Cambridge Avenue Greenwood, SC 29649** | | | **Disputed** | | | **$200,000.00** |
| **Elness Swenson Graham A&E 500 Washington Avenue South Suite 1080 Minneapolis, MN 55415** | | | **Disputed** | | | **$200,000.00** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                                                    Best Case Bankruptcy

| Debtor | **Alianza Trinity Development Group LLC** | | Case number *(if known)* | **16-24483-AJC** |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Ferikes & Bleynat, PLLC**<br>**48 Patton Avenue, 3rd Floor**<br>**Asheville, NC 28801** | | | | | | **$100,000.00** |
| **Gil Hyatt**<br>**1082 NE 45 Street**<br>**Fort Lauderdale, FL 33334** | | | | | | **$0.00** |
| **Horak, Talley, Pharr & Lowndes, P.A.**<br>**2600 One Wells Fargo Center**<br>**301 South College Street**<br>**Charlotte, NC 28202-6006** | | | | | | **$15,507.31** |
| **Juvach Corp.**<br>**1040 Biscayne Boulevard, Suite 2408**<br>**Miami, FL 33132** | | | | | | **$90,000.00** |
| **Keenan Suggs**<br>**55 East Camperdown Way Suite 350**<br>**Greenville, SC 29601** | | | | | | **$45,000.00** |
| **Maria Montan**<br>**1040 Biscayne Boulevard, Suite 2408**<br>**Miami, FL 33132** | | | | | | **$70,000.00** |
| **Mercedes Saiweitz**<br>**2703 Day Avenue**<br>**Miami, FL 33133** | | | **Disputed Subject to Setoff** | | | **$0.00** |
| **Mr. Teillaud**<br>**1040 Biscayne Boulevard, Suite 2408**<br>**Miami, FL 33132** | | | | | | **$600,000.00** |
| **Oak City Contracting LLC**<br>**621 Hutton Street**<br>**Raleigh, NC 27606** | | | | | | **$100,000.00** |
| **Swift Corporation**<br>**3505 Silverside Road, Suite 200**<br>**Wiilmington, DE** | | | | | | **$75,000.00** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Alianza Trinity Development Group LLC** | Case number *(if known)* | **16-24483-AJC** |
| --- | --- | --- | --- |
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Van Winkle Law Firm**<br>**11 North Market Street**<br>**P.O. Box 7376**<br>**Asheville, NC 28802-7376** | | | | | | **$75,000.00** |