UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

IN RE: CHAPTER 11

Alianza Trinity Development Group, LLC Case No.: 16-24483-AJC

Debtor. /

**APPOINTMENT AND NOTICE OF APPOINTMENT OF COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS**

Pursuant to 11 U.S.C. Section 1102(a), the United States Trustee hereby appoints the following creditors to serve on the committee of creditors holding unsecured claims:

SEE EXHIBIT "A" ATTACHED

I certify that a true and correct copy of the APPOINTMENT AND NOTICE OF APPOINTMENT OF COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS was served by first-class U. S. Mail upon the members of the committee as appointed on Exhibit A. Electronically through CM/ECF, on parties having appeared electronically in the instant matter and to: All parties on the attached service list on this the 2nd day of December, 2016.

Guy G. Gebhardt
Acting United States
Region 21

By: /s/
Johanna Armengol
Trial Attorney
Office of the U.S. Trustee
51 SW First Avenue
Suite 1204
Miami, FL 33130
Tele: (305) 536-7285
Fax: (305) 536-7360
Johanna.Armengol@usdoj.gov

**EXHIBIT A**

Names and contact information.

Mark Pinkston, Esq.
The Van Winkle Law Firm
11 North Market Street
Asheville, NC 28801
Tele: 828-258-2991
Fax: 828-255-0255
MPinkston@vwlawfirm.com

Anita Roberson
136 Ebbtide Drive
North Palm Beach, FL 33408
Tele: 561-319-2215
Fax: 561-845-8549
weezie7@mac.com

Bernard Teillaud
1040 Biscayne Blvd., Suite #2408
Miami, FL 33132

c/o Jean-Charles Bosca
2699 Tigertail Ave. #51
Miami, FL 33133
Tele: 305-733-1199
Fax: 305-669-0126
Jeancharlesbosca@gmail.com

c/o Jeffrey Bast, Esq.
Bast Amron, LLP
1 SE Third Ave., Suite #1400
Miami, FL 33131
jeff@bastamron.com

**SERVICE LIST**

- Noel R Boeke noel.boeke@hkla w.com, wendysue.henry@hklaw.com
- Thomas R. Lehman trl@lklsg.com, esf@lklsg.com;ar@lklsg.com
- Robin J. Rubens rjr@lklsg.com, esf@lklsg.com

Richard Crittenden, President
DeVere Construction Company, Inc.
1030 DeVere Dr.
Alpena, MI 49707

| | |
|---|---|
| Yann Bertin<br>Juvach Corp.<br>1040 Biscayne Blvd., Suite #2408<br>Miami, FL 33132 | c/o Jean-Charles Bosca<br>2699 Tigertail Ave. #51<br>Miami, FL 33133<br>c/o Jeffrey Bast, Esq.<br>Bast Amron, LLP<br>1 SE Third Ave., Suite #1400<br>Miami, FL 33131 |
| Maria Cristina Montan<br>1040 Biscayne Blvd., Suite #2408<br>Miami, FL 33132 | c/o Jean-Charles Bosca<br>2699 Tigertail Ave. #51<br>Miami, FL 33133<br>c/o Jeffrey Bast, Esq.<br>Bast Amron, LLP<br>1 SE Third Ave., Suite #1400<br>Miami, FL 33131 |
| Albert Zayan<br>1040 Biscayne Blvd., Suite #2408<br>Miami, FL 33132 | c/o Jean-Charles Bosca<br>2699 Tigertail Ave. #51<br>Miami, FL 33133<br>c/o Jeffrey Bast, Esq.<br>Bast Amron, LLP<br>1 SE Third Ave., Suite #1400<br>Miami, FL 33131 |
| Landry Live Me-Gei<br>c/o Jean-Charles Bosca<br>2699 Tigertail Ave. #51<br>Miami, FL 33133 | c/o Jeffrey Bast, Esq.<br>Bast Amron, LLP<br>1 SE Third Ave., Suite #1400<br>Miami, FL 33131 |
| Serge Daniel Zimmerlin<br>c/o Jean-Charles Bosca<br>2699 Tigertail Ave. #51<br>Miami, FL 33133 | c/o Jeffrey Bast, Esq.<br>Bast Amron, LLP<br>1 SE Third Ave., Suite #1400<br>Miami, FL 33131 |
| Maria Paula Arnaldo<br>c/o Jean-Charles Bosca<br>2699 Tigertail Ave. #51<br>Miami, FL 33133 | c/o Jeffrey Bast, Esq<br>Bast Amron, LLP<br>1 SE Third Ave., Suite #1400<br>Miami, FL 33131 |
| Mercedes Saewitz, Manager<br>B & M Properties of NC, LLC<br>2703 Pay Avenue, Unit #4<br>Miami, FL 33133 | c/o Elizabeth A. Newman<br>Deutsch & Bottschalk, PA<br>75 N. Market Street<br>Asheville, NC 28801 |
| Beth Butler<br>9965 SW 125th Terr<br>Miami, FL 33176 | c/o Elizabeth A. Newman<br>Deutsch & Bottschlak, PA<br>75 N. Market Street<br>Asheville, NC 28801 |
| Jean-Charles Bosea<br>2699 Tigertail Ave., #51<br>Miami, FL 33133 | c/o Jeffrey Bast, Esq.<br>Bast Amron, LLP<br>1 SE Third Ave., Suite #1400<br>Miami, FL 33131 |