imUNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

ALIANZA TRINITY DEVELOPMENT GROUP, LLC,

Debtor.
_______________________________________/

Case No. 16-24483-AJC
Chapter 11

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PLEADINGS AND OTHER PAPERS**

TO ALL PARTIES, PLEASE TAKE NOTICE THAT:

Berger Singerman LLP, as proposed counsel for The Official Committee of Unsecured Creditors (the "Committee"), files this *Notice of Appearance and Demand for Service of Pleadings and Other Papers*, pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, and respectfully requests that all notices given or required to be given in this case, and all papers served or required to be served in this case, be provided to and served upon the undersigned attorney at the following address:

Isaac M. Marcushamer, Esq.
BERGER SINGERMAN LLP
1450 Brickell Avenue
Suite 1900
Miami, FL 33131-3453
Telephone: (305) 755-9500
Facsimile: (305) 714-4340
imarcushamer@bergersingerman.com

PLEASE TAKE FURTHER NOTICE that, pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the request for service of notices includes notices and papers referred to in the Federal Rules of Bankruptcy Procedure and additionally includes, without limitation, notices of any application, complaint, demand, hearing, motion, pleading or request, formal or

informal, disclosure statement or plan of reorganization in the captioned bankruptcy case, whether transmitted or conveyed by mail, telephone, telecopy or otherwise.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served on the 8th day of December, 2016, via electronic mail through the Court's CM/ECF System upon all parties on the attached Electronic Mail Notice List.

Dated: December 8, 2016

Respectfully submitted,

BERGER SINGERMAN LLP
*Proposed Counsel for the Committee*
1450 Brickell Avenue, Suite 1900
Miami, FL 33131-3453
Telephone: (305) 755-9500
Facsimile: (305) 714-4340

By: *\/s/ Isaac M. Marcushamer*
Isaac M. Marcushamer
Florida Bar No. 60373
imarcushamer@bergersingerman.com

## Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- Noel R Boeke noel.boeke@hklaw.com, wendysue.henry@hklaw.com
- Thomas R. Lehman trl@lklsg.com, esf@lklsg.com;ar@lklsg.com
- Office of the US Trustee USTPRegion21.MM.ECF@usdoj.gov
- Robin J. Rubens rjr@lklsg.com, esf@lklsg.com